**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                        Case No. 08-cr-39-PB

<u>Charles Nelson, et al.</u>

### O R D E R

    Defendant Christian Rolon Vargus has moved to continue the June 3, 2008 trial in the above case, citing the complexity of the five-defendant case and the need for additional time to review discovery and prepare for trial.  Counsel for all co-defendants and the government do not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from June 3, 2008 to September 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that, for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The May 20, 2008 final pretrial conference is continued to August 25, 2008 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

May 20, 2008

cc:  Michael Iacopino, Esq.
Mark Howard, Esq.
Jessica Brown, Esq.
Stanley Norkunas, Esq.
Kevin Sharkey, Esq.
Drbra Walsh, Esq.
United States Probation
United States Marshal